IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


LEROY ELLIS,

       Petitioner,

v.                                                                          CASE NO. 1:04-cv-00015-MP-AK

JOHN ASHCROFT,
MONICA WETZEL,

       Defendants.
_____/

## O R D E R

       This matter is before the Court on Doc. 20, Report and Recommendations of the
Magistrate Judge, recommending that Doc. 1,  Petition for Writ of Habeas Corpus filed by Leroy
Ellis, be denied and the cause be dismissed with prejudice.  The Magistrate Judge filed the
Report and Recommendation on Friday, August 12, 2005.  The parties have been furnished a
copy of the Report and Recommendation and have been afforded an opportunity to file
objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a
*de novo* review of those portions to which an objection has been made.  In this instance,
however, no objections were made.  Therefore, having considered the Report and
Recommendation, I have determined that the Report and Recommendation should be
ADOPTED.

       **ORDERED AND ADJUDGED:**

      1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated
by reference in this order.

      2.     Petitioner's request for writ of habeas corpus, Doc. 1, is DENIED, and the cause is
DISMISSED WITH PREJUDICE.

**DONE AND ORDERED** this ___16th___ day of September, 2005

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge